# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE EGALET CORPORATION SECURITIES LITIGATION** | CIVIL ACTION<br><br>NO. 17-390 |

## ORDER RE: DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO STRIKE

**AND NOW**, this second day of August, 2018, after review of the parties' motions, the submissions related thereto, and oral argument, and as discussed further in the Court's accompanying Memorandum, it is **ORDERED** that Plaintiffs' Motion to Strike (ECF 26) is **DENIED** and Defendants' Motion to Dismiss (ECF 24) is **GRANTED WITH PREJUDICE**.

BY THE COURT:

**Dated: 8/2/2018**  /s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J**

O:\CIVIL 17\17-390 Mineff v Egalet Corp\Order re Motion to Dismiss.docx